## No. 13,168.

FRINK *v.* CARMAN DISTRIBUTING COMPANY.
(16 P. [2d] 1119)

Decided November 21, 1932.

Mr. A. X. ERICKSON, Mr. EMORY L. O'CONNELL, for plaintiff in error.

Messrs. DAVIS & WALLBANK, for defendant in error.

*En Banc.*

Per Curiam.

THE defendant in error, the Carman Distributing Company, plaintiff below, confesses error. The judgment is accordingly reversed and the cause remanded for further proceedings.